UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> CARDENAS MARKETS LLC, a Delaware Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No.: 2:20-CV-02485-SVW-MAA <br><br> **ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: May 20, 2020

_____
HONORABLE STEPHEN V. WILSON
United States District Judge