CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>CARDENAS MARKETS LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>  Defendants. | **Case:** 2:20-CV-02485-SVW-MAA<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Rafael Arroyo, Jr., hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Cardenas Markets LLC, a Delaware Limited Liability Company, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: July 3, 2020          CENTER FOR DISABILITY ACCESS
                             By:   /s/Amanda Lockhart Seabock
                                   Amanda Lockhart Seabock
                                   Attorney for Plaintiff

1